In the Matter of the Application of ALBERT CLEMENTS, Respondent, for a Peremptory Writ of Mandamus, Directed to WILLIAM WILLIAMS, as Commissioner, etc., and Another. EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN and Another, Appellants.— Appeal dismissed, with costs, upon the ground that an order granting an alternative writ of mandamus is not appealable. (*People ex rel. Levenson* v. *O'Donnel,* 99 App. Div. 253; *People ex rel. Mount Vernon Trust Co.* v. *Millard,* 127

id. 77; *People ex rel. Wilson* v. *African W. M. E. Church*, 156 id. 386.) Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.